IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| v. | : | |
| SFR EQUITIES, LLC | : | NO. 20-mc-00007 |

ORDER

AND NOW, this 28th day of February, 2020, it is hereby ORDERED that the motion of CHGO Real Estate Consulting Group, LLC to quash the document subpoena served on it by respondent Warren Hill, LLC is GRANTED in part and DENIED in part. The motion is GRANTED insofar as Warren Hill seeks documents dated prior to January 1, 2017. The motion is otherwise DENIED.

BY THE COURT:


/s/ Harvey Bartle III
J.